UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18-CR-254-VLB |
| v. | : | |
| | : | VIOLATION: |
| CHRISTOHPER TEIXEIRA | : | 18 U.S.C. § 1343 (Wire Fraud) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

1.  At all times relevant to this Information, the defendant, CHRISTOPHER TEIXEIRA ("TEIXEIRA) was a resident of Connecticut.

2.  Before his medical retirement in or about January 2017, "J.M.," whose identity is known to the United States Attorney, was a service member of the United States Navy. As part of his discharge, J.M. was scheduled to receive a medical severance payment from the Navy in January 2017.

3.  The Defense Finance and Accounting Service ("DFAS") is the agency of the United States Department of Defense that administers all payments to United States service members. DFAS operates the "MyPay" online portal, through which service members may provide and obtain information related to payments from DFAS. Among other things, a service member may use his or her MyPay account to provide instructions for direct deposit of that member's payments from DFAS. In order to access a MyPay account, a service member has a unique login identifier and a confidential password.

4. At some point prior to January 2017, J.M. provided his login and password to TEIXEIRA in order to permit TEIXEIRA to assist J.M. in certain financial matters. J.M. did not give TEIXEIRA permission to take J.M.'s severance payment, or to steal J.M.'s money and spend it for TEIXEIRA's own personal benefit.

5. Beginning by at least January 10, 2017, and continuing until at least September 5, 2017, in the District of Connecticut and elsewhere, TEIXEIRA, knowingly and with intent to defraud, devised and executed a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, that is, TEIXEIRA changed J.M.'s direct deposit information in order to divert J.M.'s medical severance payment into TEIXEIRA's own account and for TEIXEIRA's own purposes.

6. It was part of the scheme and artifice to defraud that: (i) before J.M. was to receive the medical severance payment, TEIXEIRA logged into J.M.'s DFAS MyPay account and changed the direct deposit instructions from J.M.'s bank account to one controlled by TEIXEIRA; (ii) pursuant to those altered instructions, DFAS sent the medical severance payment to TEIXEIRA's account without J.M.'s knowledge or permission; (iii) in order to avoid detection, TEIXEIRA logged into J.M.'s account and reverted the direct deposit instructions back to J.M.'s bank account; and (iv) TEIXEIRA made material misrepresentations to J.M. about the location, diversion, and expenditure of J.M.'s severance payment.

7. For the purpose of executing the scheme and artifice to defraud described above, on or about January 10, 2017, in the District of Connecticut and elsewhere, TEIXEIRA caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds, that is, TEIXEIRA electronically accessed J.M.'s DFAS MyPay

account and changed the direct deposit information from J.M.'s account to TEIXEIRA's account, thus causing J.M.'s $57,255.66 severance payment to be deposited into TEIXEIRA's account.

All in violation of Title 18, United States Code, Section 1343.


UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
JENNIFER R. LARAIA
ASSISTANT UNITED STATES ATTORNEY